IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PHILLIP THIESSEN,

    Plaintiff,

vs.

                              CIV. NO. 1:24-cv-00122-KG-GJF

MARTIN O'MALLEY,
  Commissioner of Social Security,

    Defendant.

## ORDER

On consideration of Defendant's Unopposed Motion for Remand to Agency pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 18), the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the case to the Commissioner for further administrative proceedings.[1] *See Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

                                                UNITED STATES DISTRICT JUDGE

Submitted by:
    *s/ Michelle C. Verdis*
    Michelle C. Verdis
    ATTORNEY FOR DEFENDANT

Approved by:
    *s/ electronically approved 7/18/2024*
    Laura Joellen Johnson
    Armstrong Johnson Law, LLC
    ATTORNEY FOR PLAINTIFF

---

[1] The Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.